[784 NYS2d 465]

JANE DOE et al., Appellants, v HMO-CNY et al., Respondents.
(Appeal No. 2.)

Fourth Department, November 19, 2004

**APPEARANCES OF COUNSEL**

*Sullivan Oliverio & Gioia LLP*, Buffalo (*B.P. Oliverio* of counsel), for appellants.

Bond, Schoeneck & King, PLLC, Syracuse (*John G. McGowan* of counsel), for respondent.

**OPINION OF THE COURT**

HURLBUTT, J.

Same opinion by HURLBUTT, J., as in *Doe v HMO-CNY* (14 AD3d 102 [2004]).

PIGOTT, Jr., P.J., GREEN, PINE and SCUDDER, JJ., concur.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.